MICHAEL C. GUASCO (SBN 258765)
mike@guascolaw.com
GUASCO EMPLOYMENT LAW, P.C.
5100 Clayton Road
Suite B1, Pmb 358
Concord, California 94521
Tel: 925.849.6400

J. REMY GREEN (*Pro Hac Vice Application Forthcoming*; NY SBN 5505300)
remy@femmelaw.com
COHEN & GREEN, P.L.L.C.
1639 Center Street, Suite 216
Ridgewood (Queens), NY 11385
Tel: 929.888.9480

LANE A. HAYGOOD (*Pro Hac Vice Application Forthcoming*; NY SBN 6119135)
lhaygood@kusklaw.com
KAMERMAN, UNCYK, SONIKER, & KLEIN, PC
1700 Broadway, 16th Floor
New York, NY 10019
Tel: 646.845.6085

Attorneys for Plaintiff
ALYSSA MERCANTE

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALYSSA MERCANTE,<br>Plaintiff,<br>v.<br>JEFF TARZIA; and DOES 1-100,<br>Defendants. | No. 3:26-cv-05924<br><br>NOTICE OF APPEARANCE OF MICHAEL C. GUASCO AS COUNSEL OF RECORD FOR PLAINTIFF ALYSSA MERCANTE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Michael C. Guasco of Guasco Employment, Law, P.C., who is authorized and admitted to practice in this District, hereby appears as counsel of record on behalf of Plaintiff, Alyssa Mercante. Effective immediately,

please add Michael C. Guasco as an attorney to be noticed on all matters at the following address:

Michael C. Guasco, Esq.
Guasco Employment Law, P.C.
5100 Clayton Road, Suite B1 Pmb 358
Concord, CA 94521
Tel.: (925) 849-6400
mike@guascolaw.com

DATED: October 16, 2026

GUASCO EMPLOYMENT LAW, P.C.
COHEN & GREEN, P.L.L.C.
KAMERMAN UNCY SONIKER & KLEIN PC

By: /s/ *Michael C. Guasco*
MICHAEL C. GUASCO, ESQ.
J. REMY GREEN, ESQ.
LANE A. HAYGOOD, ESQ.
Attorneys for Plaintiff
Alyssa Mercante

## CERTIFICATE/ PROOF OF SERVICE

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 5100 Clayton Road, Suite B1 Pmb 358, Concord, CA 94521.

I hereby certify that on October 16, 2026, I electronically filed on behalf of Plaintiff Alyssa Mercante the following document in *Alyssa Mercante v. Jeff Tarzia*, et al, Case No. 3:26-cv-06924 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered counsel/ parties of record: Notice of Appearance of Michael C. Guasco.

Ronald Coleman – rcoleman@colemanlaw-pc.com
J. Remy Green - remy@femmelaw.com
Lane A. Haygood - lhaygood@kusklaw.com

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct, executed on October 16, 2026 at Concord, California.

*/s/ Michael C. Guasco*
MICHAEL C. GUASCO

GUASCO EMPLOYMENT LAW, P.C.
5100 CLAYTON ROAD
SUITE B1, PMB 358
CONCORD CA 94521
925.849.6400