MICHAEL C. GUASCO (SBN 258765)
mike@guascolaw.com
GUASCO EMPLOYMENT LAW, P.C.
5100 Clayton Road
Suite B1, Pmb 358
Concord, California 94521
Tel: 925.849.6400

J. REMY GREEN (Pro Hac Vice Application Forthcoming; NY SBN 5505300)
remy@femmelaw.com
COHEN & GREEN, P.L.L.C.
1639 Center Street, Suite 216
Ridgewood (Queens), NY 11385
Tel: 929.888.9480

LANE A. HAYGOOD (Pro Hac Vice Application Forthcoming; NY SBN 6119135)
lhaygood@kusklaw.com
KAMERMAN, UNCYK, SONIKER, & KLEIN, PC
1700 Broadway, 16th Floor
New York, NY 10019
Tel: 646.845.6085
Attorneys for Plaintiff
ALYSSA MERCANTE

Skyler Allen (SBN 335525)
**GANSEN LAW, P.C.**
8335 Sunset Blvd., Suite 224
Los Angeles, California 90069
Tel: (310) 879-9424
skyler@gansenlawgroup.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALYSSA MERCANTE<br><br>Plaintiffs<br><br>v.<br><br>JEFF TARZIA; and DOES 1-100<br><br>Defendants | CASE NO: 3:26-cv-05924<br><br>**NOTICE OF APPEARANCE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Skyler Allen of Gansen Law, P.C., who is authorized and admitted to practice in this District, hereby enters appearance on behalf of Plaintiff Alyssa Mercante. Effective immediately, please add Skyler Allen as an attorney to be noticed on all matters at the following address:

Skyler Allen
**GANSEN LAW, P.C.**
8335 Sunset Blvd., Suite 224
Los Angeles, California 90069
Tel: (310) 879-9424
skyler@gansenlawgroup.com

DATE: November 10, 2026

**GANSEN LAW, P.C.**
By:
_*/s/ Skyler Allen*_____
Skyler Allen
Michael C. Guasco
J. Remy Green
Lane A. Haygood
Attorneys for Plaintiffs