Jesse D. Franklin-Murdock (SBN: 339034)
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94111
Telephone: (415) 873-0123
Facsimile: (873) 890-0791
Email: Jesse@sm-llp.com

Attorneys for Defendant Jeff Tarzia

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALYSSA MERCANTE,<br>Plaintiff,<br>v.<br>JEFF TARZIA,<br>Defendant. | Case No. 3:26-cv-05924-H-VET<br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT** |

**TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jesse D. Franklin-Murdock of the law firm Sweigart Murdock, LLP, hereby enters his appearance as counsel for Defendant Jeff Tarzia. All pleadings, notices, and correspondence should be directed to Mr. Franklin-Murdock at the address listed in the caption block above.

Dated: November 16, 2026

**SWEIGART MURDOCK, LLP**

By: /s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock

*Attorney for Defendant Jeff Tarzia*