Jesse D. Franklin-Murdock (SBN: 339034)
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94111
Telephone: (415) 873-0123
Facsimile: (873) 890-0791
Email: Jesse@sm-llp.com

Attorney for Defendant Jeff Tarzia

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ALYSSA MERCANTE,

Plaintiff,

v.

JEFF TARZIA,

Defendant.

Case No. 3:26-cv-05924-H-VET

**DEFENDANT JEFF TARZIA'S NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND FOR ATTORNEY'S FEES UNDER N.Y. CIVIL RIGHTS LAW § 70-a**

Judge: Hon. Marilyn L. Huff
Courtroom: 12A
Hearing Date: January 25, 2027
Time: 10:30 a.m.

## NOTICE OF MOTION AND MOTION

**TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 25, 2027, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 12A of the United States District Court for the Southern District of California, 33 West Broadway, San Diego, California 92101, before the Honorable Marilyn L. Huff, Defendant Jeff Tarzia will and hereby does move (1) under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the Third Amended Complaint [Dkt. 105-2] in its entirety and with prejudice, and (2) for an award of costs and attorney's fees under New York Civil Rights Law § 70-a(1)(a) or, in the alternative, California Code of Civil Procedure § 425.16(c)(1).

The motion is made on the grounds that each of the five causes of action in the Third Amended Complaint fails to state a claim on which relief can be granted; that this is an action involving public petition and participation within the meaning of New York Civil Rights Law § 76-a(1)(a); and that it was commenced and continued without a substantial basis in fact and law. The Third Amended Complaint was filed by consent under a stipulation reserving all of Defendant's defenses and objections, including those under Rules 12(b) and 12(f), and setting the time for this motion, which Plaintiff's counsel has confirmed in writing.

The motion is based on this notice, the accompanying memorandum of points and authorities, the pleadings and records on file in this action, and such further argument as the Court may permit.

Dated: November 16, 2026

**SWEIGART MURDOCK, LLP**

By: /s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock

*Attorney for Defendant Jeff Tarzia*